# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
***jp@jpittell.com***

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
***jp@jpittell.com***

August 28, 2026

Hon. Mag. Barbara C. Moses
U.S. District Court
500 Pearl St
New York, NY 10007

Re: *USA v. Archer, et. al.*, 26-mj-03328 {Christine Ferguson}

Dear Magistrate Moses:

I am counsel for Christine Ferguson in the above referenced matter.

Following her initial appearance in this Courthouse, following her arrest in this matter on August 20, 2026, Ms. Ferguson was released from custody pursuant to an appearance bond. (ECF Doc. 16). A condition of her release requires the bond to be co-signed by a suretor by August 28, 2026. I seek additional time to arrange for the suretor to sign the bond. Accordingly, please accept this letter in lieu of a formal motion requesting a one week extension of the date for the suretor to co-sign the bond.

Prior to submission of this motion, I conferred with the Government. They inform they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Matthew Souza, AUSA

Application granted.

U.S.M.J.

8/28/2026